MAX KLASS, appellant,

*v.*

BOSTON INSURANCE COMPANY et al., respondents.

[Decided May 20th, 1929.]

*Messrs. Osborne, Cornish & Scheck,* for the appellant.

*Mr. Arthur T. Vanderbilt* and *Mr. Charles B. Bradley,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *103 N. J. Eq. 521.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, McGLENNON, HETFIELD, DEAR, JJ. 8.

*For reversal*—KALISCH, LLOYD, WHITE, VAN BUSKIRK, KAYS, JJ. 5.